UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:24-cr-281-WFJ-SPF

CHRISTIAN ANDUJAR RIVERA
   a/k/a "Ratchet"

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  ANY UNITED STATES MARSHAL; and

Warden, of the FCI Terre Haute

It appearing from the petition of the United States of America that the defendant in the above case, Christian Andujar Rivera, is confined in FCI Terre Haute at Terre Haute, Indiana, and that this case is set for Arraignment as to said defendant on August 5, 2014, at 10:00 a.m., and that it is necessary for the said defendant to be before this Court for said proceeding:

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said Christian Andujar Rivera now detained in custody as aforesaid, under safe and secure conduct, before this Court on August 5, 2014, at Tampa, Florida, by or before 10:00 a.m., for Arraignment on criminal charges pending against him in this cause.

And this is to command you, Warden, of the FCI Terre Haute, to deliver into custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this District for the purpose aforesaid.

FURTHERMORE, this is to command you, any United States Marshal, that upon completion of all further proceedings in this case that you return Christian Andujar Rivera with all convenient speed, under safe and secure conduct to the custody of the Warden, of the FCI Terre Haute.

DONE and ORDERED at Tampa, Florida, this 2nd day of July, 2024.

SEAN P. FLYNN
United States Magistrate Judge

# AUSA REQUEST/WRIT OF HABEAS CORPUS

To: William B. Berger, Sr.
United States Marshal

From: Shauna S. Hale
Assistant United States Attorney

Subject: AUSA Request/Writ of Habeas Corpus

The following information is submitted in order to expedite the execution of the attached AUSA Request/Writ of Habeas Corpus, to assist in the proper identification of defendant and/or witness, and to aid in the safety of transportation.

Name: Christian Andujar Rivera

AKA: Ratchet

DOB or Age: 26    Race: White    Sex: Male

Booking No:    BOP No: 26679-510    FBI No:

Federal/State Charges: Federal

Institution's Phone No.: (812) 238-1531

Case Agent: William Grimmer   Agency: ATF    Phone No: (813)-344-7750

Other Special Handling, Medical, or Separatee Information: Keep defendant separate from co-defendants: "Irving Diego Bruzon"; "Xavier Gardner"; "Mohamed Nidal Jaber"; "Julissa Collazo"; and "Kyle Miller".

It is acknowledged that ten working days are needed to process the Writ of Habeas Corpus within the Middle District of Florida, and fifteen working days are required when the Writs are from out of the Middle District boundaries.

**THIS FORM IS TO REMAIN ATTACHED
TO THE AUSA REQUEST OR COPY OF WRIT**